FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Napoleon Ramon Graham

CV421 128

(Enter above full name of plaintiff or plaintiffs)

v.

Chatham County Sheriff Department

(Enter above full name of defendant or defendants)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?   Yes _____ No ✓

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   Yes _____   No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
   Yes _____   No ✓

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: _____
   _____

   Defendants: _____
   _____

2. Court (name the district): _____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

2

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?    Yes ____ No ____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?    Yes ____ No ____

1. If your answer to C is yes, name the court and docket number for each case:

_____   _____
_____   _____
_____   _____
_____

II. Place of present confinement: **Chatham County Detention Center**

A. Is there a prisoner grievance procedure in this institution?  Yes ✓ No ____

B. Did you present the facts relating to your complaint to the appropriate grievance committee?    Yes ✓ No ____

C. If your answer to B is yes:

1. What steps did you take? **I used the kiosk to file the appropriate grievance in hopes of getting the help I need**

2. What was the result? **The result of my grievance was me obtaining the 1983 form that I had to request**

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?  Yes ✓  No ____

If yes, what was the result? _I was laughed at_

D. If you did not utilize the prison grievance procedure, explain why not: ____

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: _Napoleon Ramon Graham_
   Address: ~~[redacted]~~
   _503 Atkinson Ave_

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: _Chatham County Sheriff Department_
   Position:
   Place of employment:
   Current address: _1074 Carl Griffin dr_

C. Additional defendants: _CPl. Petiote._

4

IV:   Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 3/27/2021 after the passing of dinner trays (between 4:30pm - 5:00 maybe 5:30pm) I complained for the second time that day of having chest pains. I told the officer (Walt) and a nurse was alerted. She checked my heartrate and told me that she can't tell me if anything is wrong with me but she also stated that she is not saying nothing was wrong. I told the C.O. that I'm scared and alerted my emergency contact April Gray. While I was on the phone I was approached by Cpl. Petiote in an aggresive manner with spray and told me to lay down on the floor and I plead with him and asked him not to spray me as I stepped away from the phone I also let it be known I posed no threat and then I was sprayed and pinned to the floor with an officer knee on my neck and another on my back standing on it. I couldn't breathe. I was beginning to feel the burn from the spray and began to move around the officers began to man-handle me and rough me up as I panicked then I was handcuffed to a wheel-chair and drugged to a room in 2D and was throwed on a bed and told to stop moving and that if I moved again I would be tasered one officer lifted me up after they were done stripping my clothes off and

5

dates 3/22/00 1/3/0

Splashed water in my face after I asked for medical help (Cpl. Petiote was only a few inches away from my face when he deployed the spray) and told me to help myself. For 3 days I was denied a shower. I felt the burning effect of the spray in my ear eyes, my face my neck, back hands body and my genitals. The more I tried to seek medical attention the more I was denied. They let me take a shower but for only 20 mins. In 7 days In 2D I was only let out a total of 30 mins. I tried to tell Sgt. Hall (head of the classification) but he laughed in my face. To make matters worse than what they already were. They wouldn't let me clean or sanitize my room from the last person who was in there it was fecal matter on the floor by the toilet and my mattress was not clean. Also my calls were being dropped and scrambled. Adding insult to injury (literally). My back knee my neck and shoulder (left) was hurt. I'm still feeling pain in my back and my left knee. They have also not given me an x-ray for either. I call what I went through real cruel and unusual punishment real excessive force was used and emotional and physical damages occured. There is visual footage and I wasn't cleared by a nurse.

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would love for the court to make these people Pay for the way they treat people. Not just finacially but in other ways. These people don't seem to realize that we are human beings with loved ones who love us. They also could've killed me. They've killed before and others are scared including myself. Hopefully something positive will happen. I'm not the only victim but hopefully others will stand up. Compensation or not

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16 day of April, 2021.

Prisoner No. P0710266

(Signature of Plaintiff)

6



Napoleon Graham
1014 carl Griffin dr
Savannah, Ga 31905

United States District Court
P.O. Box 8286
Savannah, Ga 31412